# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lori M. Amos, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No.: |
| ) | 1:23-cv-04833-LMM-CMS |
| v. ) | |
| ) | |
| Experian Information Solutions, ) | |
| Inc., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff hereby notifies the Court that a settlement of the above-referenced action has been reached with Defendant Experian Information Solutions, Inc. ("Experian"). The parties need to document and conclude the settlement. Plaintiff will thereafter file or otherwise move for a dismissal as to Defendant Experian. Accordingly, Plaintiff respectfully submits that this obviates the need the parties to make any Court required filings prior to dismissal.

Respectfully submitted this 23rd day of January, 2024.

**BERRY & ASSOCIATES**

*/s/ Matthew T. Berry*
Matthew T. Berry

1

Georgia Bar No.: 055663
matt@mattberry.com
Telephone: (404) 235-3334
2751 Buford Highway, Suite 600
Atlanta, GA 30324

*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, VT 05148
Phone: 651-208-6441
Fax: 404-592-6102
Email: chris.armor@armorlaw.com

*Counsel for Plaintiffs*